UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| REUBEN ALANIZ and JUAN HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>V.<br><br>MAXUM PETROLEUM OPERATING COMPANY, INC. d/b/a PILOT LOGISTICS SERVICES and also d/b/a M PETROLEUM OPERATION COMPANY; WESTERN PETROLEUM, LLC; and PILOT THOMAS LOGISTICS, LLC,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 5:15-cv-00373-XR<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Reuben Alaniz and Juan Hernandez, Individually and On Behalf of All Others Similarly Situated, Plaintiffs in the above-entitled and numbered cause, and hereby certify the following to be all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities known by them to be financially interested in the outcome of the litigation of this case:

　　1.　　Reuben Alaniz and Juan Hernandez, Plaintiffs;

　　2.　　Maxum Petroleum Operating Company, Inc. d/b/a Pilot Logistics Services and also d/b/a M Petroleum Operation Company, Defendant;

　　3.　　Western Petroleum, LLC, Defendant;

　　4.　　Pilot Thomas Logistics, LLC, Defendant; and

5.  Plaintiffs' Counsel, Robert R. Debes, Jr., Ricardo J. Prieto, and Dorian Vandenberg-Rodes, SHELLIST | LAZARZ | SLOBIN LLP.

>Respectfully submitted,
>
>SHELLIST | LAZARZ | SLOBIN LLP
>
>By: */s/ Ricardo J. Prieto*
>ROBERT R. DEBES, JR.
>Texas Bar No. 05626150
>bdebes@eeoc.net
>RICARDO J. PRIETO
>Texas Bar No. 24062947
>rprieto@eeoc.net
>DORIAN VANDENBERG-RODES
>Texas Bar No. 24088573
>drodes@eeoc.net
>11 Greenway Plaza, Suite 1515
>Houston, Texas 77046
>Telephone: (713) 621-2277
>Facsimile: (713) 621-0993
>
>ATTORNEYS FOR PLAINTIFFS &
>CLASS MEMBERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on June 18, 2015 to all counsel of record.

>*/s/ Ricardo J. Prieto*
>Ricardo J. Prieto