**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| REUBEN ALANIZ and JUAN HERNANDEZ, Individually and on Behalf of All Others Similarly Situated, § § § § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. 5:15-cv-00373-XR |
| V. § | |
| § | JURY TRIAL DEMANDED |
| MAXUM PETROLEUM OPERATING COMPANY, INC. d/b/a PILOT LOGISTICS SERVICES and also d/b/a M PETROLEUM OPERATION COMPANY; WESTERN PETROLEUM, LLC; and PILOT THOMAS LOGISTICS, LLC, § § § § § § § § | |
| Defendants. § | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF NOTICES
OF CONSENT FOR RANDY BENAVIDES AND KOREY UNCAPHER**

Plaintiffs Reuben Alaniz and Juan Hernandez, Individually and On Behalf of All Others Similarly Situated, hereby file this Withdrawal of Notices of Consent as follows for the following individuals who joined this case on the dates indicated:

1. Randy Benavides joined this case by filing a Notice of Consent on May 10, 2016. (Doc. 61, Exhibit 443). After joining this case, however, Defendants advised Plaintiffs' counsel that Mr. Benavides filed a consent to bring his wage claims against Defendants in a separate lawsuit before he filed his consent to join this lawsuit. Plaintiffs' counsel has since confirmed this with Mr. Benavides and Mr. Benavides has affirmed that he will pursue his wage claims through the separate lawsuit only.

2. Korey Uncapher joined this case by filing a Notice of Consent on March 18, 2016. (Doc. 47, Exhibit 217). After joining this case, however, Defendants advised Plaintiffs' counsel that Mr. Uncapher had previously settled his wage claims against Defendants as part of another lawsuit. Plaintiffs' counsel has since confirmed this fact with Mr. Uncapher.

Accordingly, Mr. Benavides and Mr. Uncapher hereby withdraw their consent forms filed in this case without prejudice to refiling.

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

By: */s/ Robert R. Debes, Jr.*
ROBERT R. DEBES, JR.
Texas Bar No. 05626150
bdebes@eeoc.net
RICARDO J. PRIETO
Texas Bar No. 24062947
rprieto@eeoc.net
DORIAN VANDENBERG-RODES
Texas Bar No. 24088573
drodes@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFFS
& CLASS MEMBERS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on August 19, 2016 to all counsel of record.

*/s/ Robert R. Debes, Jr.*
Robert R. Debes, Jr.